# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# JACKSONVILLE DIVISION

HOLLISTER INCORPORATED, an
Illinois corporation,

    Plaintiff,

v.                                   Case No. 3:15-cv-1082-J-32JRK

ADAM J. MITCHELL,

    Defendant.

## **O R D E R**

This case is before the Court on Plaintiff Hollister Incorporated's Motion for Entry of Default Judgment Against Defendant Adam J. Mitchell (Doc. 63). On June 29, 2017, the assigned United States Magistrate Judge issued a Report and Recommendation (Doc. 71) recommending that the motion be granted, the Clerk be directed to enter judgment in favor of Plaintiff and against Mr. Mitchell in the amount of $3,625,842 ($1,208,614, trebled pursuant to § 772.11, Florida Statutes), and the Clerk be further directed to close the file.

No party has filed an objection to the Report and Recommendation, and the time in which to do so has passed. See 28 U.S.C. § 636(b)(1); Fed. R. Civ. P. 72(b); M.D. Fla. R. 6.02(a).

Upon de novo review of the file and for the reasons stated in the Report and Recommendation (Doc. 71), it is hereby

**ORDERED:**

1. The Report and Recommendation of the Magistrate Judge (Doc. 71) is **ADOPTED** as the opinion of the Court.

2. Plaintiff Hollister Incorporated's Motion for Entry of Default Judgment Against Defendant Adam J. Mitchell (Doc. 63) is **GRANTED**.

3. The Clerk shall to enter judgment in favor of Plaintiff Hollister Incorporated and against Defendant Adam J. Mitchell in the amount of **$3,625,842** ($1,208,614, trebled pursuant to § 772.11, Florida Statutes).[1]

4. The Clerk shall close the file.

**DONE AND ORDERED** in Jacksonville, Florida the 1st day of August, 2017.

TIMOTHY J. CORRIGAN
United States District Judge

sj
Copies to:

Honorable James R. Klindt

---

[1] In any proceedings to collect upon this judgment, Mr. Mitchell may assert that the amount of the judgment should be reduced or set-off by amounts Hollister has already recovered through settlement or otherwise in the case.

United States Magistrate Judge

Counsel of record